IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01553-BO-BM

| | | |
|---|---|---|
| JACQUELINE JORDAN TUKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court on the matter of setting a date for trial. The bench trial will commence on **January 19, 2027, at 10:00 A.M.** in Elizabeth City, North Carolina.

All counsel shall appear for calendar call on January 19, 2027, at 10:00 A.M. If a case is settled but the documents necessary to effectuate the settlement are not filed prior to 4:00 P.M. on the last business day preceding calendar call, counsel are NOT relieved of their obligation to attend calendar call. The attention of counsel is directed to Local Rules 39.1 and 39.2, E.D.N.C.

The parties are directed to file a jointly proposed final pretrial order pursuant to Local Civil Rule 16.1(c) no later than **January 8, 2026.** The parties are also directed to file proposed findings of fact and conclusions of law no later than **January 12, 2026.**

SO ORDERED, this 13 day of November, 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE